# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE MEDTRONIC, INC.
IMPLANTABLE DEFIBRILLATORS
PRODUCTS LIABILITY LITIGATION

This documents relates to:
Lee et al. v. Medtronic, Inc., 0:06-cv-3690

MDL NO. 05-1726 (JMR/AJB)

**REPORT RECOMMENDING
DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, Deidre and Ronnie Lee, filed a claim against Defendant in the District of Minnesota on September 12, 2006. This case was joined with the above-referenced MDL. Since that time, the MDL has been dissolved due to settlement. Plaintiffs did not participate in the settlement. On April 8, 2009, this Court granted Plaintiffs' Application for Writ of Withdrawal of Counsel citing a breakdown in the attorney-client relationship.

On May 7, 2009, this Court entered an Order to Show Cause why this Case Should Not be Dismissed requesting response from Plaintiffs Centers with fifteen (15) days. Plaintiffs failed to respond.

Accordingly, IT IS HEREBY RECOMMENDED that:

Plaintiffs claim against Defendant Medtronic, Inc., should be dismissed without prejudice.

Dated: June 2, 2009          _s/ Arthur J. Boylan_____
                             Arthur J. Boylan
                             United States Magistrate Judge